**Alfretta Dickinson, Appellant, v. Rockford Van Orman Hotel Company, Appellee.**

**Gen. No. 10,035.**

Heard in this court at the May term, 1945; opinion filed October 22, 1945; released for publication November 12, 1945. Miller, Thomas & Hickey, for appellant; Charles A. Thomas, of counsel; L. W. Menzimer, for appellee. Opinion by Presiding Justice Dove. Not to be published in full.